# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

| | |
|---|---|
| **HERBERT JAMES BRADLEY**<br>    **LA. DOC #104064** | **CIVIL ACTION NO. 15-0079** |
| | **SECTION P** |
| **VERSUS** | |
| | **JUDGE ROBERT G. JAMES** |
| **BURL CAIN, WARDEN, LOUISIANA**<br>**STATE PENITENTIARY** | **MAGISTRATE JUDGE HAYES** |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned *habeas* case, the Court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

The certificate of appealability is DENIED because the applicant has failed to make a substantial showing of the denial of a constitutional right.

MONROE, LOUISIANA, this 14th day of September, 2015.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE